461 A.2d 794

**COMMONWEALTH of Pennsylvania**

v.

**Arthur RIGNEY, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 19, 1983.

Decided July 1, 1983.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., David Da Costa, Asst. Dist. Atty., for appellee.

Richard P. Haaz, Philadelphia (Court-appointed), for appellant.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

ORDER

PER CURIAM.

The Judgments of Sentence are affirmed.